CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 21 2013

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN E. LONEWOLF, ) | Civil Action No. 7:13-cv-00519 |
|     Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROCKBRIDGE REGIONAL JAIL, et al., ) | By:   Hon. Michael F. Urbanski |
|     Defendants. ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the claims against defendants Rockbridge Regional Jail and Joel Benjamin Copper are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1); these defendants are **TERMINATED** from this action; and the Clerk shall **UPDATE** the caption.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 20th day of November, 2013.

/s/ Michael F. Urbanski
_____
United States District Judge