CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 21 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN E. LONEWOLF,<br>    Plaintiff, | Civil Action No. 7:13-cv-00519 |
| v. | **ORDER** |
| ROCKBRIDGE REGIONAL JAIL, et al.,<br>    Defendants. | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the claims against defendants Rockbridge Regional Jail and Joel Benjamin Copper are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1); these defendants are **TERMINATED** from this action; and the Clerk shall **UPDATE** the caption.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 20th day of November, 2013.

/s/ Michael F. Urbanski
United States District Judge