IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN E. LONEWOLF, ) | Civil Action No. 7:13-cv-00519 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| SGT. STEVE GARRETT, <u>et al.</u>, ) | By: | Hon. Robert S. Ballou |
|     Defendants. ) | | United States Magistrate Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that claims against Superintendent Higgins are **DISMISSED**, pursuant to 42 U.S.C. § 1997e(c)(1); Superintendent Higgins is **TERMINATED** as a defendant; and that claims against Sergeant Garrett **SHALL** proceed to trial by jury.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

                          Enter: March 30, 2017

                          /s/ Robert S. Ballou

                          Robert S. Ballou
                          United States Magistrate Judge